JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorney for Cognosphere Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294 |
|---|---|
| | **DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF DMCA SUBPOENA TO X CORP. DBA TWITTER PURSUANT TO 17 U.S.C. § 512(H)** |

I, James D. Berkley, declare as follows:

1. I am an attorney at law, duly licensed to practice law in the State of California and before this Court. I am employed as Special Counsel at the law firm Mitchell Silberberg & Knupp, LLP ("MSK"). MSK is counsel for Cognosphere Pte. Ltd. ("Cognosphere"). Among other things, Cognosphere is the exclusive licensee in the United States and other territories of copyright in and to the popular video game *Genshin Impact,* including without limitation artwork, gameplay, and audiovisual content associated therewith. MSK is authorized to act on Cognosphere's behalf in the protection of copyrights and/or exclusive rights possessed by Cognosphere pertaining to *Genshin Impact*.

2. Cognosphere is requesting the attached proposed subpoena that would order X Corp. d/b/a Twitter ("Twitter") to disclose the identity, including the name(s), address(es),

1  telephone number(s), and e-mail addresses(es) of the user(s) employing the account names
2  **@HutaoLoverGI**, **@GIHutaoLover, @HutaoLover77,** and **@FurinaaLover** (collectively, the
3  "Twitter Accounts"), which Cognosphere has reason to believe are operated or have been operated
4  by the same individual and/or under common control.  The Twitter Accounts are or were available
5  respectively at the Uniform Resource Locators ("URLs") https://twitter.com/HutaoLoverGI;
6  https://twitter.com/GIHutaoLover; https://twitter.com/HutaoLover77; and
7  https://twitter.com/FurinaaLover.  The purpose for which this subpoena is sought is to obtain the
8  identity of the user(s) operating the Twitter Accounts who have posted the infringing content
9  appearing thereon.

10  3. The information obtained will be used only for the purposes of protecting the rights
11  granted to Cognosphere under the Copyright Act.

12  4. Under 17 U.S.C. § 512(c)(3)(A), persons authorized to act on Cognosphere's behalf
13  submitted takedown notices to Twitter identifying the infringing content posted on the Twitter
14  Accounts by the infringing user(s) and providing the information required by 17 U.S.C. §
15  512(c)(3)(A).  True and accurate copies of the submitted notifications are attached hereto as
16  Exhibit 1.

17  I declare under penalty of perjury under the laws of the United States of America that the
18  foregoing is true and correct to the best of my knowledge, information and belief.

19  Executed in Los Angeles, California on November 6, 2023.

21  /s/ James D. Berkley
   James D. Berkley

Mitchell
Silberberg &
Knupp LLP

15953044.1

2        MISC. CASE NO. 3:23-mc-80294
**DECLARATION OF JAMES D. BERKLEY**

# EXHIBIT 1

Redacted



**From:** RYM Legal [mailto:infringement@removeyourmedia.com]
**Sent:** Sunday, November 5, 2023 6:55 PM
**To:** 'copyright@twitter.com'
**Subject:** Infringement Notice TWTZE-8377766-0


Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
11/5/2023 6:54:29 PM

re:   https://www.twitter.com   ( IP 104.244.42.65 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of https://genshin.hoyoverse.com/en/ whose exclusive copyrights are being
infringed. The information in this notice is accurate.

4

Original Works & Copyright Holder(s):
Cognosphere Pte. Ltd.
One-North Crescent
#06-01/02, Razer·Sea·HQ
Singapore

The work in question is ©Copyright video game and related IP, Title:
Genshin Impact

I have a good faith belief that the items or materials listed below are not authorized by the above owners, their agents or the law and therefore infringe the owner's rights. Please act expeditiously to remove or disable access to the infringing material or items listed as follows - the images, videos and/or download links at the following URL(s):

https://twitter.com/HutaoLoverGI/status/1720811833014247523
https://twitter.com/HutaoLoverGI/status/1721080448787665174

Truthfully,
/S/: Eric Green

pub   rsa2048 2014-04-12 [SC]
      089458D0C761834D2A33C4E7513DD8CCF8D64BDD
uid           Eric Green <infringement@removeyourmedia.com>
sub   rsa2048 2014-04-12 [E]

Redacted



**From:** RYM Legal [mailto:infringement@removeyourmedia.com]
**Sent:** Thursday, October 12, 2023 7:10 PM
**To:** copyright@twitter.com
**Subject:** Infringement Notice IJZNE-3403917-3


Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
10/12/2023 7:09:48 PM

re:   https://www.twitter.com   ( IP 104.244.42.1 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of https://genshin.hoyoverse.com/en/ whose exclusive copyrights are being infringed. The information in this notice is accurate.

Original Works & Copyright Holder(s):
Cognosphere Pte. Ltd.
One-North Crescent
#06-01/02, Razer·Sea·HQ
Singapore


The work in question is ©Copyright video game and related IP, Title:
Genshin Impact

I have a good faith belief that the items or materials listed below are not authorized by the above owners, their agents or the law and therefore infringe the owner's rights. Please act expeditiously to remove or disable access to the infringing material or items listed as follows - the images, videos and/or download links at the following URL(s):

https://twitter.com/GIHutaoLover/status/1710809138756981132
https://twitter.com/GIHutaoLover/status/1710818232561762497

Truthfully,
/S/: Eric Green

pub   rsa2048 2014-04-12 [SC]
      089458D0C761834D2A33C4E7513DD8CCF8D64BDD
uid          Eric Green <infringement@removeyourmedia.com>
sub   rsa2048 2014-04-12 [E]

Redacted



**From:** RYM Legal [mailto:infringement@removeyourmedia.com]
**Sent:** Monday, August 14, 2023 11:19 AM
**To:** copyright@twitter.com
**Subject:** Infringement Notice SIFGE-6810134-9


Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
8/14/2023 10:19:15 AM

re:    https://www.twitter.com   ( IP 104.244.42.1 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of https://genshin.hoyoverse.com/en/ whose exclusive copyrights are being infringed. The information in this notice is accurate.

8
1

Original Works & Copyright Holder(s):
Cognosphere Pte. Ltd.
One-North Crescent
#06-01/02, Razer·Sea·HQ
Singapore

The work in question is ©Copyright video game and related IP, Title:
Genshin Impact

I have a good faith belief that the items or materials listed below are not authorized by the above owners, their agents or the law and therefore infringe the owner's rights. Please act expeditiously to remove or disable access to the infringing material or items listed as follows - the images, videos and/or download links at the following URL(s):

https://twitter.com/HutaoLover77/status/1690913213179891713
https://twitter.com/HutaoLover77/status/1690695353165852672
https://twitter.com/HutaoLover77/status/1690396820026073088
https://twitter.com/HutaoLover77/status/1690394650891395072
https://twitter.com/HutaoLover77/status/1689716105223540737
https://twitter.com/HutaoLover77/status/1689706747152449539
https://twitter.com/HutaoLover77/status/1689706754614116354
https://twitter.com/HutaoLover77/status/1689305259372662790
https://twitter.com/HutaoLover77/status/1689263595601924097
https://twitter.com/HutaoLover77/status/1689246015101263872
https://twitter.com/HutaoLover77/status/1689238641292513283
https://twitter.com/HutaoLover77/status/1689226556206694400
https://twitter.com/HutaoLover77/status/1688904230013370368
https://twitter.com/HutaoLover77/status/1688772515362144256
https://twitter.com/HutaoLover77/status/1688669204315254784
https://twitter.com/HutaoLover77/status/1688031571251789824
https://twitter.com/HutaoLover77/status/1687756766434721793
https://twitter.com/HutaoLover77/status/1687664804310503424
https://twitter.com/HutaoLover77/status/1684918006177292288
https://twitter.com/HutaoLover77/status/1684330176178720770
https://twitter.com/HutaoLover77/status/1684026125792739328
https://twitter.com/HutaoLover77/status/1684026143312330753
https://twitter.com/HutaoLover77/status/1684026151369572352
https://twitter.com/HutaoLover77/status/1683338158862131201
https://twitter.com/HutaoLover77/status/1680955460508352514
https://twitter.com/HutaoLover77/status/1680951697466863616
https://twitter.com/HutaoLover77/status/1679842012315652096
https://twitter.com/HutaoLover77/status/1678405622918774784
https://twitter.com/HutaoLover77/status/1678773112152932352
https://twitter.com/HutaoLover77/status/1678774527168499714
https://twitter.com/HutaoLover77/status/1678059623465754633
https://twitter.com/HutaoLover77/status/1677536188998234114
https://twitter.com/HutaoLover77/status/1677285996617146368
https://twitter.com/HutaoLover77/status/1677276994571206657
https://twitter.com/HutaoLover77/status/1677263512677289987

Truthfully,
/S/: Eric Green

```
pub   rsa2048 2014-04-12 [SC]
      089458D0C761834D2A33C4E7513DD8CCF8D64BDD
uid           Eric Green <infringement@removeyourmedia.com>
sub   rsa2048 2014-04-12 [E]
```

Redacted



**From:** RYM Legal [mailto:infringement@removeyourmedia.com]
**Sent:** Monday, October 2, 2023 4:01 PM
**To:** copyright@twitter.com
**Subject:** Infringement Notice BFIIS-6306666-0


Remove Your Media® , LLC
3308 Preston Rd Ste 350-157
Plano, TX 75093-7453
Ph: 866-541-5173
E-mail:   infringement@removeyourmedia.com
10/2/2023 3:01:04 PM

re:    https://www.twitter.com   ( IP 104.244.42.193 )

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of https://genshin.hoyoverse.com/en/ whose exclusive copyrights are being
infringed. The information in this notice is accurate.

11

Original Works & Copyright Holder(s):
Cognosphere Pte. Ltd.
One-North Crescent
#06-01/02, Razer·Sea·HQ
Singapore

The work in question is ©Copyright video game and related IP, Title:
Genshin Impact

I have a good faith belief that the items or materials listed below are not authorized by the above owners, their agents or the law and therefore infringe the owner's rights. Please act expeditiously to remove or disable access to the infringing material or items listed as follows - the images, videos and/or download links at the following URL(s):

https://twitter.com/FurinaaLover/status/1707339942228299821
https://twitter.com/FurinaaLover/status/1707323430650233028
https://twitter.com/FurinaaLover/status/1707259550594977890
https://twitter.com/FurinaaLover/status/1707256227078734297

Truthfully,
/S/: Eric Green

```
pub   rsa2048 2014-04-12 [SC]
      089458D0C761834D2A33C4E7513DD8CCF8D64BDD
uid          Eric Green <infringement@removeyourmedia.com>
sub   rsa2048 2014-04-12 [E]
```