1  JAMES D. BERKLEY (SBN 347919), jdb@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
2  2049 Century Park East, 18th Floor
   Los Angeles, CA  90067-3120
3  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
4
   Attorney for Cognosphere Pte. Ltd.
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
|---|---|
| | Judge: Hon. Peter H. Kang |
| | **DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT DISCOVERY LETTER** |
| | *[Stipulation and [Proposed] Order Filed Concurrently Herewith]* |

I, James D. Berkley, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this Court. I am Special Counsel at the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), and am counsel of record for Cognosphere Pte. Ltd. ("Cognosphere"), movant in this miscellaneous matter. Unless otherwise noted, I know the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. On November 6, 2023, Cognosphere initiated this miscellaneous matter by filing a request with the Court for issuance of a subpoena to X Corp. pursuant to 17 U.S.C. §512(h).

3. On November 7, 2023, this Court issued the proposed subpoena, which identified a response date of November 22, 2023 (the "Subpoena").

4. On November 21, 2023, X Corp. responded to the Subpoena with written objections. Since that date the Parties have met and conferred, but the Parties have been unable to agree upon resolution regarding Cognosphere's requests to produce information.

5. On December 18, 2023, Cognosphere made a request to X Corp. for a meeting of lead counsel pursuant to the Court's Discovery Standing Order.

6. The Parties conducted an in-person meeting on December 28, 2023. At that meeting, the Parties agreed that a resolution could not be reached without participation of the Court, and that the Parties' respective positions should be presented by joint letter as set forth in the Discovery Standing Order (the "Joint Discovery Letter").

7. As provided by the Discovery Standing Order, the Joint Discovery Letter would be due within five business days, or Friday, January 5, 2024.

8. In light of the end-of-year holidays, the Parties' respective schedules, and the need of Cognosphere's counsel to communicate with its client overseas, the Parties believe it is appropriate to extend the deadline for filing the Joint Discovery Letter. The Parties have thus agreed, upon the Court's consent, to extend the deadline for filing the Joint Discovery Letter by one week and one additional business day, to Tuesday, January 16, 2024.

///

///

9. The Parties have not sought any previous time extensions from the Court, and the proposed extension will not change any other dates or deadlines in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of January, 2024, at Los Angeles, California.

/s/ James D. Berkley
James D. Berkley