1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK

12 | | Judge: Hon. Peter H. Kang

13 | | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT DISCOVERY LETTER**

14

15

16 | | *[Stipulation and Declaration of James D. Berkley Filed Concurrently Herewith]*

17
18
19
20
21
22
23
24
25
26
27
28

MISC. CASE NO. 3:23-mc-80294-PHK

**[PROPOSED] ORDER**

1   After full consideration of the Parties' Stipulation Regarding Extension of Time to File

2   Joint Discovery Letter (the "Stipulation"), the Court hereby orders as follows:

3   The Stipulation is **GRANTED**:

4   The Parties shall file the anticipated Joint Discovery Letter on or before January 16, 2024.

6   DATED: _____   _____

7   Honorable Peter H. Kang
    United States Magistrate Judge