UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
|---|---|
| | Judge: Hon. Peter H. Kang |
| | [PROPOSED] ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT DISCOVERY LETTER |
| | *[Stipulation and Declaration of James D. Berkley Filed Concurrently Herewith]* |

After full consideration of the Parties' Stipulation Regarding Extension of Time to File Joint Discovery Letter (the "Stipulation"), the Court hereby orders as follows:

The Stipulation is **GRANTED**:

The Parties shall file the anticipated Joint Discovery Letter on or before January 16, 2024.

DATED: January 8, 2024

_____
Honorable Peter H. Kang
United States Magistrate Judge

MISC. CASE NO. 3:23-mc-80294-PHK
[PROPOSED] ORDER