AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to X Corp. dba Twitter | ) <br> ) <br> )   Case No. 23-mc-80294-PHK <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

X Corp.

Date: January 17, 2024

/s/ Jonathan Hawk
*Attorney's signature*

Jonathan Hawk, SBN 254350
*Printed name and bar number*

McDermott Will & Emery LLP
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
*Address*

jhawk@mwe.com
*E-mail address*

(310) 277-4110
*Telephone number*

(310) 277-4730
*FAX number*