JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorney for Cognosphere Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
|---|---|
| | Judge: Hon. Peter H. Kang |
| | **PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120, and my business email address is jda@msk.com.

On January 18, 2024, I served a copy of the foregoing document(s) described as **ORDER SETTING DEADLINES RE: CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** (Dkt. No. 9) on the interested parties in this action at their last known address as set forth below by taking the action described below:

| Jon Hawk<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 788-4181<br>Facsimile: (310) 277-4730<br>Email: jhawk@mwe.com | Attorney for X Corp. dba Twitter |
|---|---|

☒ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above.

☒ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 18, 2024, at Los Angeles, California.

_Lucelena Escarpita_
Lucelena Escarpita