JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorney for Cognosphere Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
| | Judge: Hon. Peter H. Kang |
| | **STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT SUPPLEMENTAL LETTER BRIEF** |
| | *[Declaration of James D. Berkley and [Proposed] Order Filed Concurrently Herewith]* |

Pursuant to Local Rule 6-2, Movant Cognosphere Pte. Ltd. ("Cognosphere") and interested party X Corp. ("X Corp.") (collectively, the "Parties") hereby stipulate as follows:

This stipulation is entered into based on the following facts.

1. On November 6, 2023, Cognosphere initiated this miscellaneous matter by filing a request with the Court for issuance of a subpoena to X Corp. pursuant to 17 U.S.C. §512(h).

2. On November 7, 2023, this Court issued the proposed subpoena, which identified a response date of November 22, 2023 (the "Subpoena").

3. On November 21, 2023, X Corp. responded to the Subpoena with written objections.  The Parties have met and conferred, but to date have not agreed on a resolution concerning the requests to produce information contained in the Subpoena.

Mitchell
Silberberg &
Knupp LLP

16293172.1

MISC. CASE NO. 3:23-mc-80294-PHK

**STIPULATION**

4.      On January 8, 2024, pursuant to the Court's Discovery Standing Order and a stipulation by the Parties dated January 5, 2024, the Court extended the date for the Parties to file a joint discovery letter concerning the Subpoena (the "Joint Discovery Letter"), otherwise due on January 5, 2024, to January 16, 2024.  Dkt. 6.

5.      On January 16, 2024, the Parties filed the Joint Discovery Letter.  Dkt. 7.

6.      On February 12, 2024, the Court issued an order for the Parties to submit a Joint Supplemental Letter Brief, not to exceed four pages, to be filed with the Court by **Friday, March 1, 2024**.  Dkt. 14 (the "February 12 Order").

7.      The Lunar New Year holiday period, observed in much of Asia, began on February 10, 2024, shortly before the February 12 Order.

8.      The Parties believe that in light of the holiday period in Asia, it is appropriate to extend the deadline for filing the Joint Supplemental Letter Brief.  The Parties thus agree to extend the deadline for filing the Joint Supplemental Letter Brief by fourteen (14) days, to **Friday, March 15, 2024**.

8.      Good cause exists for the requested extension because it will facilitate preparation of a Joint Supplemental Letter Brief that adequately addresses the topics specified in the February 12 Order, thereby facilitating the Court's resolution of this matter.

///
///
///
///
///
///
///
///
///
///
///

Mitchell
Silberberg &
Knupp LLP

16293172.1

**STIPULATION**

9.      With the exception of the extension granted on January 8, 2024, the Parties have not sought any other time extensions from the Court, and the proposed extension will not change any other dates or deadlines in this matter.

NOW THEREFORE, the Parties agree as follows:

Upon consent of the Court, the Parties shall file the Joint Supplemental Letter Brief on or before March 15, 2024.


DATED: February 29, 2024                  RESPECTFULLY SUBMITTED,

                                          JAMES D. BERKLEY
                                          MITCHELL SILBERBERG & KNUPP LLP


                                          By: /s/ James D. Berkley
                                                James D. Berkley
                                                Attorney for Cognosphere Pte. Ltd.

DATED: February 29, 2024                  JON HAWK
                                          MCDERMOTT WILL & EMERY LLP


                                          By: /s/ Jon Hawk
                                                Jon Hawk
                                                Attorney for X Corp.



### Attestation Regarding Signatures-Local Rule 5-1(i)(3)

I, James D. Berkley, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


                                          By: /s/ James D. Berkley
                                                James D. Berkley
                                                Attorney for Cognosphere Pte. Ltd.

Mitchell
Silberberg &
Knupp LLP

16293172.1

STIPULATION