1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| 11 | In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
|---|---|---|
| 12 | | Judge: Hon. Peter H. Kang |
| 13 | | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT SUPPLEMENTAL LETTER BRIEF** |
| 14 | | |
| 15 | | |
| 16 | | *[Stipulation and Declaration of James D. Berkley Filed Concurrently Herewith]* |

17
18
19
20
21
22
23
24
25
26
27
28

MISC. CASE NO. 3:23-mc-80294-PHK

**[PROPOSED] ORDER**

After full consideration of the Parties' Stipulation Regarding Extension of Time to File Joint Supplemental Letter Brief (the "Stipulation"), the Court hereby orders as follows:

The Stipulation is **GRANTED**:

The Parties shall file the Joint Supplemental Letter Brief on or before March 15, 2024.

DATED: _____   _____
Honorable Peter H. Kang
United States Magistrate Judge