JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorney for Cognosphere Pte. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
|---|---|
| | Judge: Hon. Peter H. Kang |
| | **STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT SUPPLEMENTAL LETTER BRIEF** |
| | *[Declaration of James D. Berkley and [Proposed] Order Filed Concurrently Herewith]* |

Pursuant to Local Rule 6-2, Movant Cognosphere Pte. Ltd. ("Cognosphere") and interested party X Corp. ("X Corp.") (collectively, the "Parties") hereby stipulate as follows:

This stipulation is entered into based on the following facts.

1.     On November 6, 2023, Cognosphere initiated this miscellaneous matter by filing a request with the Court for issuance of a subpoena to X Corp. pursuant to 17 U.S.C. §512(h).

2.     On November 7, 2023, this Court issued the proposed subpoena, which identified a response date of November 22, 2023 (the "Subpoena").

3.     On November 21, 2023, X Corp. responded to the Subpoena with written objections. The Parties have met and conferred, but to date have not agreed on a resolution concerning the requests to produce information contained in the Subpoena.

MISC. CASE NO. 3:23-mc-80294-PHK
**STIPULATION**

4.      On January 8, 2024, pursuant to the Court's Discovery Standing Order and a stipulation by the Parties dated January 5, 2024, the Court extended the date for the Parties to file a joint discovery letter concerning the Subpoena (the "Joint Discovery Letter"), otherwise due on January 5, 2024, to January 16, 2024.  Dkt. 6.

5.      On January 16, 2024, the Parties filed the Joint Discovery Letter.  Dkt. 7.

6.      On February 12, 2024, the Court issued an order for the Parties to submit a Joint Supplemental Letter Brief, not to exceed four pages, to be filed with the Court by **Friday, March 1, 2024**.  Dkt. 14 (the "February 12 Order").

7.      The Lunar New Year holiday period, observed in much of Asia, began on February 10, 2024, shortly before the February 12 Order.

8.      The Parties believe that in light of the holiday period in Asia, it is appropriate to extend the deadline for filing the Joint Supplemental Letter Brief.  The Parties thus agree to extend the deadline for filing the Joint Supplemental Letter Brief by fourteen (14) days, to **Friday, March 15, 2024**.

8.      Good cause exists for the requested extension because it will facilitate preparation of a Joint Supplemental Letter Brief that adequately addresses the topics specified in the February 12 Order, thereby facilitating the Court's resolution of this matter.

///
///
///
///
///
///
///
///
///
///
///

9.      With the exception of the extension granted on January 8, 2024, the Parties have not sought any other time extensions from the Court, and the proposed extension will not change any other dates or deadlines in this matter.

NOW THEREFORE, the Parties agree as follows:

Upon consent of the Court, the Parties shall file the Joint Supplemental Letter Brief on or before March 15, 2024.

DATED: February 29, 2024            RESPECTFULLY SUBMITTED,

JAMES D. BERKLEY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ James D. Berkley
    James D. Berkley
    Attorney for Cognosphere Pte. Ltd.

DATED: February 29, 2024            JON HAWK
MCDERMOTT WILL & EMERY LLP

By: /s/ Jon Hawk
    Jon Hawk
    Attorney for X Corp.

### Attestation Regarding Signatures-Local Rule 5-1(i)(3)

I, James D. Berkley, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ James D. Berkley
    James D. Berkley
    Attorney for Cognosphere Pte. Ltd.

Mitchell
Silberberg &
Knupp LLP

16293172.1

1   JAMES D. BERKLEY (SBN 347919), jdb@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
2   2049 Century Park East, 18th Floor
    Los Angeles, CA  90067-3120
3   Telephone: (310) 312-2000
    Facsimile: (310) 312-3100
4
5   Attorney for Cognosphere Pte. Ltd.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11   In re DMCA Subpoena to X Corp. dba Twitter    MISC. CASE NO. 3:23-mc-80294-PHK

12                                                 Judge: Hon. Peter H. Kang

13                                                 **DECLARATION OF JAMES D.**
                                                   **BERKLEY IN SUPPORT OF**
14                                                 **STIPULATION REGARDING**
                                                   **EXTENSION OF TIME TO FILE JOINT**
15                                                 **SUPPLEMENTAL LETTER BRIEF**

16                                                 *[Stipulation and [Proposed] Order Filed*
                                                   *Concurrently Herewith]*
17

18

19

20

21

22

23

24

25

26

27

Mitchell      28
Silberberg &
Knupp LLP                                                   MISC. CASE NO. 3:23-mc-80294-PHK
16293443.1                          **DECLARATION OF JAMES D. BERKLEY**

I, James D. Berkley, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this Court. I am Special Counsel at the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), and am counsel of record for Cognosphere Pte. Ltd. ("Cognosphere"), movant in this miscellaneous matter. Unless otherwise noted, I know the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. On November 6, 2023, Cognosphere initiated this miscellaneous matter by filing a request with the Court for issuance of a subpoena to X Corp. pursuant to 17 U.S.C. §512(h). Dkt. 1.

3. On November 7, 2023, this Court issued the proposed subpoena, which identified a response date of November 22, 2023 (the "Subpoena"). Dkt. 3.

4. On November 21, 2023, X Corp. responded to the Subpoena with written objections. The Parties have met and conferred, but to date have not agreed on a resolution concerning the requests to produce information contained in the Subpoena.

5. On January 8, 2024, pursuant to the Court's Discovery Standing Order and a stipulation by the Parties dated January 5, 2024, the Court extended the date for the Parties to file a joint discovery letter concerning the Subpoena (the "Joint Discovery Letter"), otherwise due on January 5, 2024, to January 16, 2024. Dkt. 6.

6. On January 16, 2024, the Parties filed the Joint Discovery Letter. Dkt. 7.

7. On February 12, 2024, the Court issued an order for the Parties to submit a Joint Supplemental Letter Brief, not to exceed four pages, to be filed with the Court by Friday, March 1, 2024. Dkt. 14 (the "February 12 Order").

8. I understand that the Lunar New Year holiday period, observed in much of Asia, began on February 10, 2024.

9. The Parties believe that in light of the New Year holiday period in Asia, it is appropriate to extend the deadline for filing the Joint Supplemental Letter Brief. The Parties thus

Mitchell
Silberberg &
Knupp LLP

16293443.1

2    MISC. CASE NO. 3:23-mc-80294-PHK
**DECLARATION OF JAMES D. BERKLEY**

1  agree, upon the Court's consent, to extend the deadline for filing the Joint Supplemental Letter

2  Brief by fourteen (14) days, to Friday, March 15, 2024.

3       10.     With the exception of the extension identified in Paragraph 5 above, the Parties

4  have not sought any other time extensions from the Court, and the proposed extension will not

5  change any other dates or deadlines in this matter.

6       I declare under penalty of perjury under the laws of the United States of America that the

7  foregoing is true and correct.

8       Executed this 29th day of February, 2024, at Los Angeles, California.

9

10                                    /s/ James D. Berkley
                                       James D. Berkley

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

16293443.1

                                              3        MISC. CASE NO. 3:23-mc-80294-PHK
                              **DECLARATION OF JAMES D. BERKLEY**

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| In re DMCA Subpoena to X Corp. dba Twitter | MISC. CASE NO. 3:23-mc-80294-PHK |
|---|---|

12

Judge: Hon. Peter H. Kang

13

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING EXTENSION OF TIME TO FILE JOINT SUPPLEMENTAL LETTER BRIEF**

14

15

*[Stipulation and Declaration of James D. Berkley Filed Concurrently Herewith]*

16

17

18

19

20

21

22

23

24

25

26

27

28

MISC. CASE NO. 3:23-mc-80294-PHK

**[PROPOSED] ORDER**

1    After full consideration of the Parties' Stipulation Regarding Extension of Time to File

2   Joint Supplemental Letter Brief (the "Stipulation"), the Court hereby orders as follows:

3       The Stipulation is **GRANTED**:

4       The Parties shall file the Joint Supplemental Letter Brief on or before March 15, 2024.

5

6   DATED:  February 29, 2024

7                                                         Honorable Peter H. Kang
                                                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28